# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **JUAN ROBERTO RODRIGUEZ,** § <br> TDCJ No. 02303257, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> **BOBBY LUMPKIN, Director,** § <br> **Texas Department of Criminal Justice,** § <br> **Correctional Institutions Division,** § <br> § <br> Respondent. § | Civil No. SA-25-CA-0022-JKP |

## DISMISSAL ORDER

Before the Court is *pro se* Petitioner Juan Roberto Rodriguez's petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). In the § 2254 petition, Petitioner seeks to challenge the constitutionality of his 1990 state court conviction for arson, arguing that his sentence was illegally extended from twenty years of confinement to twenty-five years. *State v. Rodriguez*, No. 90CR1294 (227th Dist. Ct., Bexar Cnty., Tex. July 23, 1990). However, Petitioner previously filed a federal petition for habeas corpus relief challenging this same conviction, and raising the same allegation, which was denied by the Court as untimely in October 1998. *See Rodriguez v. Johnson*, No. 5:98-cv-900-OLG (W.D. Tex.).[1]

Before a second or successive application for writ of habeas corpus may be filed in the district court, 28 U.S.C. § 2244(b)(3) provides an applicant must move in the appropriate court of appeals for an order authorizing the district court to consider the application. Pursuant to § 2244(b), the Court finds this successive application for writ of habeas corpus should be dismissed because Petitioner has not obtained prior approval to file a successive habeas corpus

---

[1] Petitioner also challenged this conviction in a federal petition filed the following year which was denied by the Court on the merits. *See Rodriguez v. Johnson*, No. 5:99-cv-890-OLG (W.D. Tex.).

application from the Fifth Circuit Court of Appeals. *See Burton v. Stewart*, 549 U.S. 147, 152 (2007) (holding the district court lacked jurisdiction to consider a successive § 2254 petition since petitioner did not obtain authorization from the court of appeals); *In re Campbell*, 750 F.3d 523, 529 (5th Cir. 2014) (petitioner must receive authorization before filing successive habeas petition).

Accordingly, **IT IS HEREBY ORDERED** that:

1.    Petitioner Juan Roberto Rodriguez's petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction;

2.    Petitioner failed to make "a substantial showing of the denial of a federal right" and cannot make a substantial showing that this Court's procedural rulings are incorrect as required by Fed. R. App. P. 22 for a certificate of appealability. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). Therefore, this Court **DENIES** Petitioner a certificate of appealability. *See* Rule 11(a) of the Rules Governing § 2254 Proceedings; and

3.    All remaining motions, if any, are **DENIED**, and this case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED this the 9th day of January, 2025.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**