# United States Court of Appeals for the Fifth Circuit

MAY 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

No. 25-50099

United States Court of Appeals
Fifth Circuit
**FILED**
May 19, 2025
Lyle W. Cayce
Clerk

JUAN ROBERTO RODRIGUEZ,

*Petitioner—Appellant,*

*versus*

ERIC GUERRERO, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-22 -JKP

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 19, 2025, for want of prosecution. The appellant failed to timely pay fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Jasmine J. Forman, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT